# Exhibit 4.1

| Harman Kardon – Soundbar<br>(See Accused Product List at end of chart for soundbar models)<br><br>Infringement of the '430 patent ||
|---|---|
| Claim #2 | Evidence |
| 2. A speaker system for producing localized regions of sound comprising: | The Harman Kardon soundbar is a speaker system for producing localized regions of sound.<br><br>For example, the soundbar produces a surround sound effect. The surround sound effect causes a listener facing the soundbar to perceive that sound emanating from the soundbar is originating at a location behind and to the left of the listener, referred to as surround left, and at another location behind and to the right of the listener, referred to as surround right.<br><br>*Featuring exclusive Harman Display Virtual Surround Sound…*<br><br>[1] |

1

| | |
|---|---|
| | **EXCLUSIVE HARMAN DISPLAY VIRTUAL SURROUND SOUND**<br><br>The SB26 delivers Harman Display virtual surround sound – enveloping you in a level of immersive sonic realism such as you've only experienced at the multiplex, and giving you a top class movie experience at home.<br><br>[1]<br><br>**MultiBeam™ Surround Sound**<br>Get a room-filling surround sound effect without the need for extra speakers and wires. MultiBeam™ technology creates a wider soundstage, so you'll hear every audio detail in your favorite music, movies, TV series and games.<br><br>[4]<br><br>**Wireless cinematic surround sound**<br>Get a rich surround sound effect with the convenience of a single soundbar. Or create a full 5.1 home theater system with WiSA technology for the ultimate true surround sound experience by adding a pair of Harman Kardon Citation Surround speakers, a Harman Kardon Citation Sub S or pair of Harman Kardon Citation Tower speakers.<br><br>[4] |
| a multiplicity of audio frequency speakers; | The Harman Kardon soundbar includes a multiplicity of audio frequency speakers.<br><br>For example, the soundbar includes multiple audio speakers positioned along a front face of the soundbar. |

2

| | |
|---|---|
| |  [1] [3] [4] |
| at least one defined sound target spaced from each of the speakers of the multiplicity of speakers, | The Harman Kardon soundbar has at least one defined sound target spaced from each of the speakers of the multiplicity of speakers. Each speaker has a means for applying a time varying audio drive |

3

| | |
|---|---|
| wherein each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target, so that substantially identical sound from each speaker reaches the sound target at the same time; | voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target. So that substantially identical sound from each speaker reaches the sound target at the same time.<br><br>For example, each of the speakers is connected to an audio amplifier. A surround left channel signal is provided to each speaker via the speaker's respective amplifier. The surround left channel is delayed slightly for speakers on the listener's left compared to speakers on the listener's right. The amount of delay is such that sound waves emanating from each of the speakers reaches the surround left location at the same time, thereby interfering constructively to produce a resultant sound wave having a peak spatial amplitude at the surround left location. When this wave reflects back to the listener, the listener perceives that the sound originated from the surround left location. [A]<br><br>**Surround Processing**<br>• Harman Display Surround Virtual Speaker surround mode creates a complete surround sound experience without any extra speakers or wires<br>• Two-channel stereo mode for traditional stereo playback<br>• Dolby® Digital Decoding<br>• Harman Volume helps you maintain the same volume level, no matter what you're watching - be it a film, TV show or TV commercial<br><br>[2] |

| | |
|---|---|
| |  [3]<br><br>[2]<br><br>**According to the specification the term: "substantially identical" means:**<br><br>"It should be understood that when, a means for applying a time varying audio drive voltage, i.e. the signal used to drive individual speakers is described as substantially identical, the signals are defined as being substantially identical, although they vary in amplitude. The term, substantially identical, means capable of constructive interference when used in the sound system **36** of this invention." [col.12 lines 18-24] |
| at least a first defined sound target and a second defined sound target, the second sound target being spaced from the first sound target, and the first sound target and the second sound target being spaced from each of | The Harman Kardon soundbar has at least a first defined sound target and a second defined sound target. The second sound target is spaced from the first sound target. The first sound target and the second sound target are spaced from each of the speakers.<br><br>For example, the surround left location is at a rear position on a left-side wall of a nominally sized room e.g. 10 ft x 15 ft. The surround |

5

| | |
|---|---|
| the speakers of the multiplicity of speakers, | right location is at a rear position on the right-side wall of the room.<br><br>Elegant, dynamic and powerful. The Harman Kardon Citation MultiBeam™ 700 delivers full surround sound to your TV without the need for extra speakers and wires. As a standalone soundbar, it projects rich audio to every corner of the room. Plus, you can control the experience using just your voice, with help from the Google Assistant. When paired with the rest of the Citation range, the Citation MultiBeam 700 can also operate as a center channel to create the ultimate home theater setup for full, detailed surround sound. Enjoy more than 300 music streaming services with the convenience of AirPlay and Chromecast built-in. Experience beautiful sound, no matter how you listen.<br><br>[3]<br>Additionally, the Citation Multibeam soundbars calibrate for optimal performance depending on the dimensions of the room.<br><br>[3] |

6

| | |
|---|---|
| | [3] |
| and wherein the means for applying a time varying audio drive voltage comprises:<br>at least a first audio source which is offset in time by an amount which is related to the distance between each speaker and the first defined sound target; and | The means for applying a time varying audio drive voltage comprises at least a first audio source which is offset in time by an amount which is related to the distance between each speaker and the first defined sound target.<br><br>For example, a delay is added to the surround left channel (e.g. first audio source) before it is applied to a speaker on the left-side of the soundbar, as viewed from the listener's position. The delay relates to the distance between the speaker and the surround left location in the nominally sized room, whereby the speaker closest to the surround left location has the most delay. This enables the soundbar to produce audio with a wider soundstage. [A] |

7

| | |
|---|---|
| | [3] |
| at least a second audio source which is offset in time by an amount which is related to the distance between each speaker and the second defined sound target wherein a sum of the first audio source which is offset in time and the second audio source which is offset in time is used to produce the time varying audio drive voltage so that substantially identical sound from the first audio source signal reaches the first sound target at the same time, and substantially identical sound from the second audio source signal reaches the second target at the same time. | The Harman Kardon soundbar includes at least a second audio source which is offset in time by an amount which is related to the distance between each speaker and the second defined sound target.  The sum of the first audio source and the second audio source is used to produce the time varying audio drive voltage. Substantially identical sound from the first audio source signal reaches the first sound target at the same time, and substantially identical sound from the second audio source signal reaches the second target at the same time.<br><br>For example, a delay is added to the surround right channel (e.g. second audio source) before it is applied to a speaker on the right-side of the soundbar. The delay relates to the distance between the speaker and the surround right location, whereby the speaker closest to the surround right location has the most delay. Each speaker is provided, via its amplifier, with a surround left channel signal and a surround right channel signal, each signal having a respective delay. The signals are added together before being input to the respective amplifier. Consequently, each speaker emits a sound wave comprising audio from the surround left channel and |

8

from the surround right channel, the audio from each channel having an appropriate amount of delay such that the surround left audio reaches the surround left location at the same time as the surround right audio reaches the surround right location. [A]


[4]

[3]

9

Accused Product List

Citation Bar, Citation Multibeam 700, Citation Multibeam 1100, SB-26

References

[1] Harman Kardon – SB26
https://www.harmankardon.com/home-audio/SB+26.html?dwvar_SB%2026_color=Black-USA-Refurbished&cgid=home-audio#start=1

[2] Harman Kardon – SB26 specification sheet
https://www.harmankardon.com/on/demandware.static/-/Sites-masterCatalog_Harman/default/dwdb06b8f5/pdfs/Specification%20Sheet%20-%20SB26%20(English).pdf

[3] Harman Kardon – Citation Multibeam 700
https://www.harmankardon.com/home-audio/CITATION+MULTIBEAM+700-.html?dwvar_CITATION%20MULTIBEAM%20700-_color=Black-AM-Current&cgid=home-audio#start=1

[4] Harman Kardon – Citation Multibeam 700 specification sheet
https://www.harmankardon.com/home-audio/CITATION+MULTIBEAM+700-.html?dwvar_CITATION%20MULTIBEAM%20700-_color=Black-AM-Current&cgid=home-audio#start=1

[5] Harman Kardon – Citation Series Speakers and Soundbars
https://www.harmankardon.co.uk/citation.html

[6] Pocket Lint - Harman Kardon Citation Multibeam 1100 review: Multi-talented
https://www.pocket-lint.com/harman-kardon-citation-multibeam-1100-review/

[7] Expressive Audio - Harman Kardon Citation MB1100 & Sub S Product Review
https://expressiveaudio.com/blogs/audio-advent/harman-kardon-citation-mb1100-sub-s-product-review

General Reference:

[A] Build – How a Soundbar works
https://build.com.au/how-soundbar-works

10

[B] LifeWire - The Yamaha YSP-5600 Dolby Atmos Digital Sound Projector
https://www.lifewire.com/ysp-5600-atmos-digital-sound-projector-3963655

[C] Yamaha – An Evolutionary History of the YSP series
https://usa.yamaha.com/products/contents/audio_visual/ysp10th/chapter04/index.html

[D] Digital Smart Homes – Yamaha Digital Sound Projector
http://www.digitalsmarthomes.com/products/yamahaysp/digital_sound_projector.html

[E] Electronic Design - Soundbar Design from Start to Finish: Power Amplifiers, Power Supplies, And ESD Protection
https://www.electronicdesign.com/technologies/analog/article/21795245/soundbar-design-from-start-to-finish-power-amplifiers-power-supplies-and-esd-protection

[F] Texas Instruments - TIDA-00089 Value Soundbar Reference Design Kit for Stereo or 2.1 Applications
https://www.ti.com/tool/TIDA-00089

[G] Wikipedia – Class-D Amplifier
https://en.wikipedia.org/wiki/Class-D_amplifier