IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Civil Action No. 2:23-CV-00199-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Patent Armory Inc. ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant") (collectively, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement.

The Parties have reached a settlement in principle of all matters in controversy between them and are in the process of finalizing the documents pertaining to the settlement. The Parties wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expense. The Parties anticipate that they will be able to submit dismissal papers within thirty (30) days from the date of this filing. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings, including all pending deadlines between the Parties and with the Court until August 7, 2023.

The Parties submit that good causes exists for granting this Motion, as set forth above. The Motion is not filed for purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this Motion and grant the Parties such other and further relief to which they are entitled.

Dated: July 6, 2023

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
**RABICOFF LAW LLC**
600 Mamaroneck Avenue, STE 400
Harrison, New York 10528
Telephone: (773) 669-4590
isaac@rabilaw.com

*Attorney for Plaintiff*
*Patent Armory Inc.*


/s/ Melissa R. Smith
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

*Attorney for Defendant*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Motion. The Parties are jointly seeking the relief sought in this Motion.

                                                */s/ Isaac Rabicoff*
                                                Isaac Rabicoff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system on this the 6th day of July, 2023.

                                                */s/ Isaac Rabicoff*
                                                Isaac Rabicoff