IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., § § § *Plaintiff*, § § v. § § CIVIL ACTION NO. 2:23-CV-00199-JRG SAMSUNG ELECTRONICS AMERICA, § INC., § § *Defendant*. § | |

### ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Patent Armory Inc. and Defendant Samsung Electronics America, Inc. (Dkt. No. 12.) In the Motion, the parties represent that they have reached a settlement in principle. (*Id*. at 1.) The parties request a stay of the above-captioned case for thirty (30) days to finalize the terms of the settlement agreement. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including August 7, 2023, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 7th day of July, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE