IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Civil Action No. 2:23-CV-00199-JRG |

### JOINT MOTION TO EXTEND STAY OF ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Patent Armory Inc. ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant") (collectively, "the Parties") notified the Court that the Parties had reached a settlement in principle that will resolve all pending claims between them. [DE 12.] On July 7, 2023, Joint Motion to Stay All Deadlines up to and including August 7, 2023, was granted. [DE 13.]

The Parties require an additional thirty (30) days, up to and including September 6, 2023, to finalize their agreement, complete the necessary payment, and submit dismissal papers. The Parties have finalized all terms of agreement. However, Plaintiff requires additional time to gather bank account information and documentation. Once Plaintiff obtains the necessary bank account information, the agreement can be finalized and executed. Once the agreement has been executed, Defendant will need approximately thirty (30) days to process and transfer the settlement payment to Plaintiff's designated bank account.

Accordingly, the Parties file this joint motion for an additional thirty-day stay of all pending deadlines, up to and including September 6, 2023, so that the Parties may finalize their agreement,

complete the necessary payment, and submit dismissal papers. This stay is not sought for the purpose of delay, but so that justice may be served.

    WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this Motion and grant the Parties such other and further relief to which they are entitled.

Dated: August 3, 2023

Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**RABICOFF LAW LLC**
600 Mamaroneck Avenue, STE 400
Harrison, New York 10528
Telephone: (773) 669-4590
isaac@rabilaw.com

*Attorney for Plaintiff*
*Patent Armory Inc.*


*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

*Attorney for Defendant*
*Samsung Electronics America, Inc.*

2

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Motion. The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system on this the 3rd day of August, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith
