# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Civil Action No. 2:23-CV-00199-JRG |

## ORDER

Before the Court is Plaintiff Patent Armory Inc. and Defendant Samsung Electronics America, Inc.'s Joint Motion to Extend Stay of All Deadlines. Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that all deadlines in the above-captioned case are **STAYED** for an additional thirty (30) days – until September 6, 2023 – during which time appropriate dismissal papers are to be filed with the Court.