IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATENT ARMORY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00199-JRG |
| SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Patent Armory Inc. and Defendant Samsung Electronics America, Inc. (Dkt. No. 14.) On July 7, 2023, the Court granted the parties' Joint Motion to Stay All Deadlines and stayed the case up to and including August 7, 2023. (Dkt. No. 13.) Now, the parties request an additional thirty (30) day stay of the above-captioned case to finalize the terms of the settlement agreement. (Dkt. No. 14.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for an additional thirty (30) days, up to and including September 6, 2023, during which time appropriate dismissal papers are to be filed with the Court. The Court does not anticipate that additional requests for extension will be necessary.

**So Ordered this**

**Aug 4, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE