IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 2:23-cv-00199-JRG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Samsung Electronics America, Inc.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED.